IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.  4:16-CR-00124-03-BRW

YOSVANY PADILLA

**ORDER**

Defendant's Motion to Reduce Sentence (Doc. No. 361) is DENIED.

Defendant is disqualified from benefiting from the zero-point reduction based on U.S.S.G. § 4C1.1(a)(6), because he was responsible for stealing more than $9,000,000 from over 7,000 victims. Defendant also received an enhancement under U.S.S.G. § 3B1.1.[1]

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[2] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[3]

IT IS SO ORDERED this 26th day of January, 2024.

                    Billy Roy Wilson
                    UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G. § 4C1.1(a)(10) (excluding the application of the zero-point reduction if a defendant received an adjustment under § 3B1.1 (Aggravating Role)).

[2] Doc. No. 167.

[3] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).